**Order filed January 27, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00928-CV
_____

**ALICE M. JONES, Appellant**

**V.**

**ANTONIO MURILLO INDIVIDUALLY AND D/B/A TIGER CONSTRUCTION AND THE NATIONAL ASSOCIATION OF MINORITY CONTRACTORS OF TEXAS, Appellee**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2006-76136

## O R D E R

The clerk's record was filed February 07, 2014. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Order Granting Bill of Review and Vacating Underlying Judgment, filed January 24, 2012 (signed January 30, 2012).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before Tuesday, February 06, 2015, containing Order Granting Bill of Review and Vacating Underlying Judgment, filed January 24, 2012 (signed January 30, 2012).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM